AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM S. FLETCHER,<br>CHARLES A. PRATT,<br>JUANITA W. WEST,<br>CORA JEAN JECH,<br>BETTY WOODY, Individually<br>And on behalf of themselves and<br>all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>THE DEPARTMENT OF THE<br>INTERIOR, KENNETH SALAZAR<br>(Secretary of the Interior), THE<br>BUREAU OF INDIAN AFFAIRS,<br>WALTER ECHOHAWK (Assistant<br>Secretary of the Interior – Indian<br>Affairs),<br><br>      Federal Defendants,<br><br>and<br><br>JOEL CUTLER, et al,<br><br>      Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:  02-CV-427-GKF-FHM |

TO:   Joel Cutler
       3050 N. Sunrise Way
       Palm Springs, CA  92262

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve

upon PLAINTIFFS' ATTORNEY:

> **Sneed Lang Herrold, PC**
> **One West Third Street, Suite 1700**
> **Tulsa, OK  74103**

an answer to the complaint which is herewith served upon you, within twenty (20) days from service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_11 - 19 - 09_
DATE

_[signature]_
ATTORNEY

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  02-CV-427-GKF-FHM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOEL CUTLER

was received by me on *(date)*        11/19/2009          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Mailed via Certified Mail, Return Receipt Requested on November 19, 2009.
Green card attached.
Service Date: November 21, 2009.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    02/12/2010

_____
*Leslie Wildman*
*Server's signature*

_____
Leslie Wildman, Paralegal
*Printed name and title*

Sneed Lang Herrold, PC
One W. Third St., Ste. 1700
Tulsa, OK  74103-3522
_____
*Server's address*

Additional information regarding attempted service, etc:

7160 3901 9848 5256 4242

**TO:** Joel Cutler
3050 N. Sunrise Way
Palm Springs, CA 92262

**SENDER:** Leslie

**REFERENCE:**

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.44 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.24 |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE  11-19-09 |
|---|---|

**2. Article Number**

7160 3901 9848 5256 4242

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

Joel Cutler
3050 N. Sunrise Way
Palm Springs, CA 92262

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   La Roca
B. Date of Delivery   11/31/09

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
If YES, enter delivery address below:

**Reference Information**

Leslie

PS Form 3811, January 2005          Domestic Return Receipt